# In the United States Court of Federal Claims

**No. 97-38124 C**

**SCENIC VALLEY ASSOCIATES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order, filed January 10, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**May 24, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.